UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

JOHN MELICHAREK,
  a/k/a "Rocky,"
MICHAEL IUNI,
DOMINICK MEMOLI,
  a/k/a "Shakes,"
ANGELO NICOSIA,
LOUIS PIPOLO,
DARDIAN CELAJ,
  a/k/a "Danny," and
ENED GJELAJ,
  a/k/a "Neddy,"

      Defendants.

- - - - - - - - - - - - - - - - x

07 Cr. 907



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
OCT 10 2007

      WHEREAS, the above-captioned indictment was returned on September 26, 2007 and, upon application of the government, ordered to be filed under seal; and

      WHEREAS the Government has requested that the above-captioned indictment be unsealed;

      IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 907 be unsealed.

Dated: New York, New York
      October 10, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK