Copy

# UNITED STATES DISTRICT COURT

## SOUTHERN DISRTRICT OF NEW YORK

JAN 2 4 2008

**JUDGE SCHEINDLIN**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | ORDER |
| : | Docket No.: 07 Cr. 907(SAS) |
| ANGELO NICOSIA, et al : | |

This matter having been brought to the Court by Daniel J. Welsh, Esq., attorney for Angelo Nicosia, the defendant herein, and the Government by AUSA Elie Honig having consented thereto, and for good cause shown, it is on this _____ 25TH day of January 2008 ORDERED:

The electronic monitoring device may be removed from Angelo Nicosia's person on January 24, 2008 so that he may undergo surgery and shall reattached on January 28, 2008.

The Honorable Shira A. Scheindlin, USDJ