UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA : | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| : | DOCKET NO.: 07-Cr.- 907(SAS) |
| v. : | |
| ANGELO NICOSIA, et al. : | |

This matter having been brought to the Court by Daniel J. Welsh, Esq., attorney for Angelo Nicosia, the defendant herein, and the Government by AUSA Elie Honig having consented thereto, and for good cause shown, it is on this ___20___ day of February 2008 ORDERED: *incarceration*

The electronic monitoring device may be removed from Angelo Nicosia's person *or home detention* immediately and he shall no longer be subject to electronic monitoring. All other conditions of bail previously imposed remain in effect. *In addition, Nicosia will be subject to home detention.*

The Honorable Shira A. Scheindlin, USDJ