USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT of NEW YORK

| UNITED STATES OF AMERICA | : | ORDER MODIFYING CONDITIONS Of PRETRIAL SERVICES |
|---|---|---|
| v. | : | |
| | : | DOCKET NO.: 07-Cr-907 (SAS) |
| Angelo Nicosia, et al, | : | |

This matter having been brought to the Court by Daniel J. Welsh, attorney for Angelo Nicosia, the defendant herein, and the government by AUSA Elie Honig having consented thereto, and U.S. Pretrial Services Officer Franco Furelli having consented thereto, and for good cause shown, IT IS ON THIS ___29___ DAY OF ___Feb___, 2008 ORDERED:

1. Angelo Nicosia may leave his home for employment, attorney visits and medical care;

2. Angelo Nicosia is permitted to travel to New Jersey for employment, attorney visits and medical care.

The Honorable Shira A. Scheindlin, USDJ