Daniel J. Welsh, Esq.
Daniel J. Welsh , Esq., LLC
551 Summit Avenue
Jersey City, New Jersey 07306
(201) 798-4100
Attorney for Defendant Angelo Nicosia

IN THE UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Docket No.: S1-07-Cr. 907 (SAS) |
| | : | |
| v. | : | ENTRY OF APPEARANCE |
| | : | OF COUNSEL |
| | : | |
| ANGELO NICOSIA | : | |

    Please enter the appearance of Daniel J. Welsh, Esq., as attorney for Angelo Nicosia in the above matter.

/s/ Daniel J. Welsh      Dated: 7/17/08
Daniel J. Welsh, Esq.