July 18, 2008

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
Room 1620
New York, New York 10007

      **Re:**    **United States v. Angelo Nicosia**
               **S1 07 Cr. 907 (SAS)**

Dear Judge Scheindlin:

      We are in receipt of the government's proposed examination of jurors as well as the

request to charge.

### Proposed Examination of Jurors

      In general, we agree with the sum and substance of the government's proposed

examination of jurors.  However, we do request a stronger admonition that the alleged

association with the Genovese crime family is just that, an allegation.  The jury should also be

instructed that Mr. Nicosia's alleged association with the Genovese crime family is a fact that

must be proven beyond a reasonable doubt by the government based upon the evidence adduced

at trial.  Finally, we request a specific inquiry into whether the jury will draw an adverse

inference from the fact that Mr. Nicosia is of Italian descent.

## **Requests to Charge**

We respectfully reserve any objection to the government's proposed jury charge until such time, as the charge conference is conducted.

Respectfully,

 /s/ Daniel J. Welsh
Daniel J. Welsh, Esq.

DJW:ar

cc: Elie Honig, AUSA